▇▇▇▇▇ THE POSTMASTER GENERAL OF THE UNITED STATES *versus* JAMES I. ALLEN, AD-MINISTRATOR OF JAMES ALLEN, DE-CEASED. ▇▇▇▇▇▇▇▇

JOURNAL ENTRIES: (1) June 1, 1835: rule to plead; (2) June 2, 1835: motion to enlarge rule to plead; (3) June 8, 1835: rule to plead; (4) June 22, 1835: rule to plead enlarged; (5) Nov. 16, 1835: replication and demurrer to pleas filed, rule for joinder in demurrer.

PAPERS IN FILE (1835): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea that defendant is not administrator and eight other pleas; (5) replication to one plea, issue on another, and demurrer to remainder; (6) similiter, joinder in demurrer; (7) demurrer book.

*File No.* 142.